UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRENIA REYNOLDS AND
BRUCE REYNOLDS                                                                                   PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:15-cv-00764-HTW-LRA

WERNER ENTERPRISES, INC., AND
THERESA MARTIN                                                                                DEFENDANTS

## AGREED ORDER

On the parties Joint Motion to Extend Deadlines for Responses [Dkt. 160] filed by the Defendants, Werner Enterprises, Inc., and Theresa Martin. The Court, being fully advised in the premises, finding that it has jurisdiction over the parties and the subject matter herein, finds that the motion is well-taken and should be granted.

IT IS ORDERED as follows:

1. That responses to all currently pending motions and any motions filed on or before September 23, 2016 be due on October 14, 2016.

SO ORDERED this the 4th day of October, 2016.

                                                  s/ HENRY T. WINGATE
                                                  UNITED STATES DISTRICT JUDGE

AGREED TO:

*s/ David C. Dunbar*                            *s/ Matt Newman*
David C. Dunbar (MSB #6227)            Matt Newman (MSB #103654)
Morton W. Smith (MSB #101646)         Counsel for Plaintiffs
Counsel for Defendants

1